UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE L. RUBERT,<br><br>                      Plaintiff,<br><br>-against-<br><br>VILLAGE OF MONTICELLO; P.D. OFFICER MILLER, ID No. 627; P.D. OFFICER MOTA, ID No. 633; P.D. OFFICER YOUMANS, ID No. 636; MONTICELLO POLICE DEPARTMENT,<br><br>                      Defendants. | 19-CV-10636 (CM)<br><br>ORDER OF DISMISSAL |

COLLEEN McMAHON, Chief United States District Judge:

      By order dated January 10, 2020, the Court directed Plaintiff to file an amended complaint within sixty days. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended complaint. Accordingly, the complaint, filed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

      The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:  May 8, 2020
           New York, New York

                                                      COLLEEN McMAHON
                                             Chief United States District Judge