UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE L. RUBERT,<br><br>                    Plaintiff,<br><br>    -against-<br><br>VILLAGE OF MONTICELLO; P.D. OFFICER MILLER, ID No. 627; P.D. OFFICER MOTA, ID No. 633; P.D. OFFICER YOUMANS, ID No. 636; MONTICELLO POLICE DEPARTMENT,<br><br>                    Defendants. | 19-CV-10636 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued May 8, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  May 8, 2020
        New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge